

**Dechert** LLP

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**MICHAEL J. GILBERT**

michael.gilbert@dechert.com
+1 212 698 3886 Direct
+1 212 698 0426 Fax

September 14, 2020

**VIA ECF**

The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Janier Castillo*, S17 13-cr-147 (KMW) – Travel Extension

Dear Judge Wood:

On August 20, 2020, the Court granted Janier Castillo, the defendant in the above-captioned case, permission to visit her family in the Dominican Republic from August 22, 2020 to September 16, 2020. (A copy of Ms. Castillo's August 17 travel authorization request letter and the Court's August 20 memo endorsement (ECF 692) is attached to this letter.) With the Court's permission, Ms. Castillo now wishes to extend her stay in the Dominican Republic to October 6, 2020, so that she can continue giving care to her ill sister. Ms. Castillo's sister, who until recently had been receiving cancer treatment, has seen her health deteriorate in recent months. ] Granted

We have discussed this request with the Probation Officer to whom she reports, Helwa Qasem, who has no objection to Ms. Castillo's extension. We also were in contact with the Assistant U.S. Attorneys who indicated that the government defers to Probation.

Thank you for your consideration in this matter.

Respectfully Submitted,

/s/ Michael J. Gilbert

Michael J. Gilbert

cc:   All Counsel of Record (via ECF)
cc:   Ms. Helwa Qasem (via email)
cc:   Ms. Sally Diaz (via email)

Attachment

SO ORDERED:   N.Y., N.Y.   9/15/20

_____
KIMBA M. WOOD
U.S.D.J.